FILED
08 APR 23 PM 1:12
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: g DEPUTY

'08 CR 1270 L

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>VERNA CERVANTEZ-GOMEZ,<br>Defendant. | Criminal Case No. ________<br>I N D I C T M E N T<br>Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation |

The grand jury charges:

On or about February 10, 2008, within the Southern District of California, defendant VERNA CERVANTEZ-GOMEZ, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that

//

//

WDK:em:San Diego
4/21/08

was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant VERNA CERVANTEZ-GOMEZ was removed from the United States subsequent to January 31, 2000.

DATED: April 23, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
DOUGLAS KEEHN
Assistant U.S. Attorney